IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN SAVALA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA, a foreign corporation,<br><br>Defendant. | **8:22CV005**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation to Dismiss (Filing No. 34). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and without fees and costs.

Dated this 11th day of May, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge